# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   EMMA L. CLAY                                              Case Number: 06-70527
         1012 N. INDEPENDENCE
         ROCKFORD, IL  61101                SSN-xxx-xx-0885

                                                          Case filed on:      4/4/2006
                                                          Plan Confirmed on:  6/23/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,380.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,153.78 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,153.78 | 0.00 |
| 999 | EMMA L. CLAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | NICOR GAS | 1,430.88 | 1,430.88 | 0.00 | 0.00 |
| 003 | RECEIVABLES MANAGEMENT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 1,492.47 | 1,492.47 | 0.00 | 0.00 |
| 005 | NATIONAL CAPITAL MANAGEMENT LCL | 1,417.45 | 1,417.45 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 434.04 | 434.04 | 0.00 | 0.00 |
|  | Total Unsecured | 4,774.84 | 4,774.84 | 0.00 | 0.00 |
|  | Grand Total: | 6,116.59 | 6,116.59 | 1,295.53 | 0.00 |

Total Paid Claimant:     $1,295.53
Trustee Allowance:       $84.47
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008              By  /s/Heather M. Fagan